JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MANUEL MAGANA, | NO. CV 20-7851-PA (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, | |
| Respondent. | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 10, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1